RECEIVED
IN MONROE, LA
APR 03 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 05-0069 |
| VERSUS | * | JUDGE JAMES |
| EDDIE FERRAND, Individually and d/b/a/ MR. ED's TAX SERVICE, GLENDA FAYE ELLIOTT, MICHAEL DWAYNE BELL, WILLIAM NATHANIEL KENNEDY, and JHACOBY LaKELSEY TOSTON | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Second and Third Motions to Dismiss (Document Nos. 31, 51) are hereby **DENIED**.

THUS DONE AND SIGNED this 3 day of April, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION